IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR192 |
| | ) | |
| v. | ) | |
| | ) | |
| MAURICE L. MILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is defendant's unopposed Motion to Continue Hearing for Plea [18]. Good cause being shown, the motion will be granted and the Change of Plea hearing will be continued.

IT IS ORDERED:

1. That the unopposed Motion to Continue Hearing for Plea [18] is granted;

2. The Change of Plea hearing is continued to **August 30, 2007** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. For this defendant, the time between **August 7, 2007** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 7th day of August, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge