IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR192 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| MAURICE L. MILLER, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the motion filed by Assistant Federal Public Defender Shannon P. O'Connor to allow him to withdraw from further representation of the Defendant (Filing No. 38).

Mr. O'Connor entered his appearance, and then realized that the Defendant was sentenced under the November 1, 2007, crack cocaine guidelines. Therefore, no further relief is available to the Defendant.

IT IS ORDERED:

1. The motion filed by Assistant Federal Public Defender Shannon P. O'Connor to allow him and his office to withdraw from further representation of the Defendant (Filing No. 38) is granted; and

2. The Federal Public Defender need not appoint a panel attorney under General Order 2008-02.

DATED this 16th day of April, 2008.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge